

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00414-CV

Whitney **BREWSTER**, In her capacity as executive director of The Texas Department of Motor Vehicles,
Appellant

v.

Drew **ROICKI** and Richard Roicki As Successors in Interest to Pinnacle Motors,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06565
Honorable Richard Price, Judge Presiding

## O R D E R

Appellee's first motion for extension of time to file brief is hereby GRANTED. Time is extended to October 13, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court